18C02-2010-CT-000105     Filed: 10/2/2020 4:14 PM
Clerk
Delaware Circuit Court 2     Delaware County, Indiana

STATE OF INDIANA     IN THE DELAWARE CIRCUIT COURT NO. 2
                         SS:
COUNTY OF DELAWARE     CAUSE NO: 18C02-2010-CT-

GORDON CARTER AND
BARBARA CARTER
       Plaintiffs,

vs.

JERRY L. SWEET, JR. AND
NATIONAL TRUCKLOAD, INC.
       Defendants.

## APPEARANCE BY ATTORNEY

| | |
|---|---|
| CAUSE NUMBER: | 18C02-2010-CT- |
| NAME OF PLAINTIFF: | Gordon & Barbara Carter |
| ATTORNEY INFORMATION: | Danyel Struble #30102-18<br>Brooke \| Stevens, PC<br>112 East Gilbert Street<br>Muncie, Indiana 47305<br>Telephone: (765) 741-1375<br>Facsimile: (765) 288-7763<br>dstruble@brooke-stevens.com |
| CASE TYPE REQUESTED: | Civil Tort (CT) |
| WILL ACCEPT FAX SERVICE: | No |
| ARE THERE RELATED CASES? | No |

ADDITIONAL INFORMATION REQUIRED BY LOCAL OR STATE RULE: None

                                       Respectfully submitted,

                                       Brooke | Stevens, P.C.

                                       */s/ Danyel Struble*
                                       Danyel Struble #30102-18
                                       112 E. Gilbert St.
                                       Muncie, IN 47305
                                       (765) 741-1375
                                       *Attorney for Plaintiffs*

18C02-2010-CT-000105          Filed: 10/2/2020 4:14 PM
Clerk
Delaware Circuit Court 2          Delaware County, Indiana

STATE OF INDIANA          IN THE DELAWARE CIRCUIT COURT NO. 2
         SS:
COUNTY OF DELAWARE          CAUSE NO: 18C02-2010-CT-

GORDON CARTER AND
BARBARA CARTER
    Plaintiffs,

vs.

JERRY L. SWEET, JR. AND
NATIONAL TRUCKLOAD, INC.
    Defendants.

## COMPLAINT

Comes now the plaintiffs, Gordon and Barbara Carter, by counsel, Danyel Struble of Brooke|Stevens, P.C., and for cause of action against the defendants, Jerry L. Sweet, Jr. and National Truckload, Inc., alleges and says:

1. The plaintiffs, Gordon Carter and Barbara Carter, husband and wife, are residents of Delaware County, Indiana.

2. The defendant, Jerry L. Sweet, Jr., is a resident of Erie County, Pennsylvania, residing at 728 E 23rd Street in the City of Erie, and at all times herein relevant was acting in the course of his employment or as an agent of the defendant, National Truckload, Inc.

3. The defendant, National Truckload, Inc. is a Pennsylvania corporation, limited liability company or other organizational entity, with its offices and principal place of business located at either 3011 W. 17th St. in Erie, Pennsylvania or 2121 W. 14th St. in Erie, Pennsylvania.

4. At all times relevant herein there was a certain public thoroughfare running in and through the town of Gaston, Delaware County, Indiana, specifically identified as North US 35/West IN 28, which at the location herein pertinent runs in a generally east and west direction, in front of a Petro truck stop.

5. On Sunday night, the seventh day of October 2018, at approximately 8:20 p.m., the plaintiffs, Gordon Carter and Barbara Carter, were driving a 2009 Ford Fusion, traveling straight in a westerly direction along North US 35/West IN 28, approaching the Petro truck stop.

6. At said time and place, the defendant, Jerry L. Sweet, Jr., was operating a 2004 Peterbilt Motors 379 Commercial semi-trailer, straight in an easterly direction along North US 35/West IN 28, approaching the Petro truck stop.

7. The plaintiffs had the right of way travelling along North US 35/West IN 28. The defendant, Jerry L. Sweet, Jr., had to yield to oncoming traffic before attempting to turn North into the Petro truck stop. Contrary to duly enacted statutes and Federal Motor Carrier Safety Regulations, the defendant turned left into the Petro truck stop, crossing in front of the plaintiffs' vehicle. The plaintiffs had no time to react in order to avoid a collision with the defendants' commercial semi-trailer, resulting in severe and permanent injuries to the plaintiffs as hereinafter set forth.

8. Said collision and resulting injuries and damages to the plaintiffs occurred and took place without any fault or negligence on the part of plaintiffs, and as a direct and proximate result of the negligent acts of the defendant, Jerry L. Sweet, Jr., and each of such negligent acts, including without limitation, the following:

   i. The defendant, Jerry L. Sweet, Jr., negligently and carelessly failed and neglected to drive and operate his commercial semi-trailer in a manner so as to have avoided a collision with the plaintiffs, Gordon Carter and Barbara Carter's vehicle.

   ii. The defendant, Jerry L. Sweet, Jr., negligently and carelessly failed and neglected to maintain a proper lookout for oncoming traffic, including with plaintiffs, Gordon Carter and Barbara Carter's vehicle.

   iii. The defendant, Jerry L. Sweet, Jr., negligently and carelessly failed to maintain his commercial semi-trailer at a stop in deference to and in compliance with duly enacted statutes before crossing a center line and entering into oncoming traffic.

2

    iv.    The defendant, National Truckload, Inc., negligently and carelessly operated the business by reason of its employment of Jerry L. Sweet, Jr., which led to the collision with the plaintiffs, Gordon Carter and Barbara Carter.

    v.    The defendant, National Truckload, Inc. negligently and carelessly supervised its employee, Jerry L. Sweet, Jr. which led to the collision with the plaintiffs, Gordon Carter and Barbara Carter.

    vi.    The defendant, National Truckload, Inc. negligently and carelessly retained its employee, Jerry L. Sweet, Jr., even after known violations while driving, which led to the collision with the plaintiffs, Gordon Carter and Barbara Carter.

9. Defendant, Jerry L. Sweet, Jr., was cited to be the primary cause of the collision by the responding and investigating officer.

10. As a direct and proximate result of the negligent acts and omissions of the defendants, the plaintiff, Gordon Carter, has incurred severe and permanent injuries, including a broken sternum, five (5) broken ribs, torn skin, and spasms causing him to be unable to breathe. The plaintiff, Barbara Carter, has incurred severe and permanent injuries, including two (2) chips off a vertebra and a crease on her left breast.

11. Plaintiffs, Gordon Carter and Barbara Carter have suffered mental anguish, and have incurred hospital, medical and other related expenses in the treatment of such injuries in a total amount as of yet undetermined, and may incur further medical expenses for future treatment of such injuries in a total amount as of yet unknown.

12. By reason of the facts herein alleged, judgment should be entered in favor of the plaintiffs, Gordon Carter and Barbara Carter, and against the defendants, Jerry L. Sweet, Jr. and National Truckload, Inc., in such amount as will adequately compensate the plaintiffs for their damages.

WHEREFORE, the plaintiffs, Gordon Carter and Barbara Carter, pray for judgment against the defendants, Jerry L. Sweet, Jr. and National Truckload, Inc., in such amounts as will compensate the plaintiffs for the damages they have sustained; for prejudgment interest; for the costs of this action; and for all other proper relief in the premises.

        Respectfully submitted,

        Brooke | Stevens, P.C.

        */s/ Danyel Struble*
        Danyel Struble #30102-18
        112 E. Gilbert St.
        Muncie, IN 47305
        (765) 741-1375
        *Attorney for Plaintiffs*

Case 1:20-cv-03003-JRS-MJD   Document 1-2   Filed 11/16/20   Page 6 of 18 PageID #: 11

18C02-2010-CT-000105
Filed: 10/2/2020 4:14 PM
Clerk
Delaware Circuit Court 2
Delaware County, Indiana

# SUMMONS

STATE OF INDIANA            IN THE DELAWARE CIRCUIT COURT NO. 2
                    SS:
COUNTY OF DELAWARE       CAUSE NO: 18C02-2010-CT-

GORDON CARTER AND
BARBARA CARTER
        Plaintiffs,

    vs.

JERRY L. SWEET, JR. AND
NATIONAL TRUCKLOAD, INC.
        Defendants.

**To Defendant:**     **Jerry L. Sweet, Jr.**
                       **728 E 23rd Street**
                       **Erie, PA 16503**

     You have been sued by the person(s) named "Plaintiff" in the Court stated above for <u>"See attached Complaint.</u>

     The nature of the suit against you is stated in the Complaint which is attached to this document. It also states the demand which the Plaintiff has made and wants from you.*

     You must answer the complaint in writing, by you or your attorney, within twenty (20)** days commencing the day after you receive this summons, or a judgment will be entered against you for what the Plaintiff has demanded.

     If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

     The following manner of service of summons is hereby designated: <u>Certified Mail, Return Receipt Requested</u>

<u>   10/5/2020                             </u>                  /s/ Rick [signature]
Date                                                              Clerk

Danyel Struble #30102-18
112 E. Gilbert Street
Muncie, Indiana 47305
Telephone: (765) 741-1375
<u>dstruble@brooke-stevens.com</u>
\* If the Complaint is not attached, a copy is available for you in the office of the Clerk of said Court.
\*\* Or, if this summons is served by registered or certified mail, within twenty-three (23) days.

# SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | | IN THE DELAWARE CIRCUIT COURT NO. 2 |
| | SS: | |
| COUNTY OF DELAWARE | | CAUSE NO: 18C02-2010-CT- |

GORDON CARTER AND
BARBARA CARTER
      Plaintiffs,

   vs.

JERRY L. SWEET, JR. AND
NATIONAL TRUCKLOAD, INC.
      Defendants.

**To Defendant:**  National Truckload, Inc.
                     **c/o Highest Executive Officer**
                     **3011 W. 17th St.**
                     **Erie, PA 16505**

     You have been sued by the person(s) named "Plaintiff" in the Court stated above for "See attached Complaint.

     The nature of the suit against you is stated in the Complaint which is attached to this document.  It also states the demand which the Plaintiff has made and wants from you.*

     You must answer the complaint in writing, by you or your attorney, within twenty (20)** days commencing the day after you receive this summons, or a judgment will be entered against you for what the Plaintiff has demanded.

     If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

     The following manner of service of summons is hereby designated: Certified Mail, Return Receipt Requested

_10/5/2020_                                                    _/s/ Rick Spangle_
Date                                                            Clerk

Danyel Struble #30102-18
112 E. Gilbert Street
Muncie, Indiana 47305
Telephone:  (765) 741-1375
dstruble@brooke-stevens.com
* If the Complaint is not attached, a copy is available for you in the office of the Clerk of said Court.
** Or, if this summons is served by registered or certified mail, within twenty-three (23) days.

# SUMMONS

| STATE OF INDIANA | | IN THE DELAWARE CIRCUIT COURT NO. 2 |
|---|---|---|
| | SS: | |
| COUNTY OF DELAWARE | | CAUSE NO: 18C02-2010-CT- |

GORDON CARTER AND
BARBARA CARTER
    Plaintiffs,

vs.

JERRY L. SWEET, JR. AND
NATIONAL TRUCKLOAD, INC.
    Defendants.

**To Defendant:**  National Truckload, Inc.
                        c/o Highest Executive Officer James Berlin
                        2121 W. 14th St.
                        Erie, PA 16501

      You have been sued by the person(s) named "Plaintiff" in the Court stated above for "See attached Complaint.

      The nature of the suit against you is stated in the Complaint which is attached to this document.  It also states the demand which the Plaintiff has made and wants from you.*

      You must answer the complaint in writing, by you or your attorney, within twenty (20)** days commencing the day after you receive this summons, or a judgment will be entered against you for what the Plaintiff has demanded.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

      The following manner of service of summons is hereby designated: Certified Mail, Return Receipt Requested

10/5/2020
_____                                    _____
Date                                                                              Clerk

Danyel Struble #30102-18
112 E. Gilbert Street
Muncie, Indiana 47305
Telephone:  (765) 741-1375
dstruble@brooke-stevens.com

* If the Complaint is not attached, a copy is available for you in the office of the Clerk of said Court.
** Or, if this summons is served by registered or certified mail, within twenty-three (23) days.

| | | |
|---|---|---|
| STATE OF INDIANA | | IN THE DELAWARE CIRCUIT COURT NO. 2 |
| | SS: | |
| COUNTY OF DELAWARE | | CAUSE NO: 18C02-2010-CT-000105 |

GORDON CARTER AND
BARBARA CARTER
      Plaintiffs,

  vs.

JERRY L. SWEET, JR. AND
NATIONAL TRUCKLOAD, INC.
      Defendants.

### CERTIFICATE OF ISSUANCE OF SUMMONS

    I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service on the following person at the address as indicated:

**Jerry L. Sweet, Jr.**
**728 E 23rd Street**
**Erie, PA 16503**

2. Service was attempted by:

   __X__ Certified or registered mail

   _____ Plaintiff requested service by Sheriff

   _____ Other:

Date: 10/05/2020

_/s/ Lisa L. Simmons_          Phone: 765-741-1375
Signature

Lisa L. Simmons          Email: lsimmons@brooke-stevens.com
Name Printed

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jerry L. Sweet, Jr.
728 E 23rd Street
Erie, PA 16503

9590 9402 5518 9249 1624 39

2. Article N
70 1

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CVd-19
☐ Agent
☐ Addressee

B. Received by (Printed Name)
CVd-19

C. Date of Delivery
10/9/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

| | | |
|---|---|---|
| STATE OF INDIANA | | IN THE DELAWARE CIRCUIT COURT NO. 2 |
| | SS: | |
| COUNTY OF DELAWARE | | CAUSE NO: 18C02-2010-CT-000105 |

GORDON CARTER AND
BARBARA CARTER
       Plaintiffs,

  vs.

JERRY L. SWEET, JR. AND
NATIONAL TRUCKLOAD, INC.
       Defendants.

**CERTIFICATE OF ISSUANCE OF SUMMONS**

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service on the following person at the address as indicated:

**National Truckload, Inc.
c/o Highest Executive Officer
3011 W. 17th St.
Erie, PA 16505**

2.   Service was attempted by:

   __X__ Certified or registered mail

   _____ Plaintiff requested service by Sheriff

   _____ Other:

Date: 10/05/2020

_/s/ Lisa L. Simmons_                Phone: 765-741-1375
Signature

Lisa L. Simmons                   Email: lsimmons@brooke-stevens.com
Name Printed

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. National Truckload, Inc.
c/o Highest Executive Officer James Berlin
2121 W. 14th St.
Erie, PA 16501

9590 9402 5518 9249 1624 22

2. Article N<br>
701

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X J. Santone
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
DR S04 C.19    10/9/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DELAWARE CIRCUIT COURT NO. 2 |
| | ) SS: | |
| COUNTY OF DELAWARE | ) | CAUSE NO: 18C02-2010-CT-000105 |

GORDON CARTER AND
BARBARA CARTER
       Plaintiffs,

vs.

JERRY L. SWEET, JR. AND
NATIONAL TRUCKLOAD, INC.
       Defendants.

**CERTIFICATE OF ISSUANCE OF SUMMONS**

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service on the following person at the address as indicated:

**National Truckload, Inc.
c/o Highest Executive Officer James Berlin
2121 W. 14th St.
Erie, PA 16501**

2. Service was attempted by:

   **X**   Certified or registered mail

   _____   Plaintiff requested service by Sheriff

   _____   Other:

Date: 10/05/2020

| | |
|---|---|
| _/s/ Lisa L. Simmons_ | Phone: 765-741-1375 |
| Signature | |
| | |
| Lisa L. Simmons | Email: lsimmons@brooke-stevens.com |
| Name Printed | |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. National Truckload, Inc.
   c/o Highest Executive Officer
   3011 W. 17th St.
   Erie, PA 16505

9590 9402 5518 9249 1624 15

2. Article N: 701...

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _J. Sentene_
☐ Agent
☐ Addressee

B. Received by (Printed Name): DBC 504 e 19
C. Date of Delivery: 10/9/20

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
nfirmation
elivery

Domestic Return Receipt

94784.38

| | |
|---|---|
| STATE OF INDIANA | IN THE DELAWARE CIRCUIT COURT NO. 2 |
| COUNTY OF DELAWARE | SITTING AT MUNCIE |
| GORDON CARTER AND<br>BARBARA CARTER,<br><br>    Plaintiffs,<br>vs.<br><br>JERRY L. SWEET, JR. AND<br>NATIONAL TRUCKLOAD, INC.,<br>    Defendants. | CAUSE NO: 18C02-2010-CT-000105 |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is: Responding
   The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   **National Truckload, Inc. and Jerry L. Sweet, Jr.**

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Thomas S. Ehrhardt                  Atty Number: 18621-45
   KOPKA PINKUS DOLIN PC              Telephone: (219) 794-1888
   9801 Connecticut Drive              Facsimile: (219) 794-1892
   Crown Point, IN  46307              Email: TSEhrhardt@kopkalaw.com

   **IMPORTANT**: Each attorney specified on this appearance:

   (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

   (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a civil tort case type as defined in administrative Rule 8(B)(3).

4. I will accept service by:
Fax at the above noted number: NO
Email at the above noted address: YES

5. This case involves child support issues: NO

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no–contact order: NO

7. This case involves a petition for involuntary commitment: NO

8. There are related cases: NO

9. Additional information required by local rule: NONE

10. There are other party members: NO

11. This form has been served on all other parties and Certificate of Service is attached: YES

12. Defendants, National Truckload, Inc. and Jerry L. Sweet, Jr., respectfully demand a jury trial.

    Respectfully submitted,

    /s/Thomas S. Ehrhardt
    Thomas S. Ehrhardt, (#18621-45)

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel:   (219) 794-1888
Fax:   (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Danyel N. Struble
Brooke Stevens PC
112 E. Gilbert Street
Muncie, IN 47305

    /s/Thomas S. Ehrhardt
    Thomas S. Ehrhardt

94784.39

| | |
|---|---|
| STATE OF INDIANA | IN THE DELAWARE CIRCUIT COURT NO. 2 |
| COUNTY OF DELAWARE | SITTING AT MUNCIE |

GORDON CARTER AND
BARBARA CARTER,

    Plaintiffs,

vs.                                  CAUSE NO: 18C02-2010-CT-000105

JERRY L. SWEET, JR. AND
NATIONAL TRUCKLOAD, INC.,
    Defendants.

## MOTION FOR ADDITIONAL TIME TO PLEAD
## OR OTHERWISE RESPOND

    Come now Defendants, Jerry L. Sweet, Jr. and National Truckload, Inc., by counsel, Thomas S. Ehrhardt and Kopka Pinkus Dolin PC, and respectfully requests an additional thirty (30) days within which to answer or otherwise respond to the Plaintiffs' complaint.

                                                Respectfully submitted,

                                                */s/Thomas S. Ehrhardt*
                                                Thomas S. Ehrhardt, (#18621-45)

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel:   (219) 794-1888
Fax:   (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of October, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

    Danyel N. Struble
    Brooke Stevens PC
    112 E. Gilbert Street
    Muncie, IN 47305

                                                */s/Thomas S. Ehrhardt*
                                                Thomas S. Ehrhardt

94784.40

| | |
|---|---|
| STATE OF INDIANA | IN THE DELAWARE CIRCUIT COURT NO. 2 |
| COUNTY OF DELAWARE | SITTING AT MUNCIE |

GORDON CARTER AND
BARBARA CARTER,

    Plaintiffs,

vs.                                  CAUSE NO: 18C02-2010-CT-000105

JERRY L. SWEET, JR. AND
NATIONAL TRUCKLOAD, INC.,
    Defendants.

## ORDER

Defendants, Jerry L. Sweet, Jr. and National Truckload, Inc., file their Motion For Additional Time to Plead or Otherwise Respond. The Court, having reviewed the Motion for Additional Time to Plead or Otherwise Respond hereby GRANTS same and ORDERS that Defendants file their responsive pleading on or before November 27, 2020.

**SO ORDERED this** _____ **day of** October 28, 2020, 20____.

_____
JUDGE, DELAWARE CIRCUIT COURT

Distribution:
Thomas S. Ehrhardt
Danyel N. Struble

1